UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

James Haugen
                                      Plaintiff,

v.                                                Case No.: 1:18−cv−07297
                                                                    Honorable Elaine E. Bucklo

Roundy's Illinois, LLC d/b/a Mariano's
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 6, 2019:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court adopts the report of parties planning meeting. Parties written discovery to be issued by 5/1/2019. Fact discovery ordered closed by 8/1/2019. Final supplementation of the MIDP is due 4/1/2019. Dispositive motions with supporting memoranda due by 10/1/2019. Status hearing set for 8/1/2019 at 9:30 a.m. The scheduling conference date of 1/7/2019 is stricken and no appearance is required. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.