## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **JAMES HAUGEN,** on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | )<br>)<br>)<br>) **NO.** 18-cv-07297 |
| Plaintiff, | )<br>) **Honorable Judge Elaine E. Bucklo** |
| v. | )<br>) |
| **ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S** | )<br>)<br>) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

TO:  Mark Gerano
Elizabeth Simmons Callan
312-651-2405
Mark.Gerano@Jacksonlewis.com
Elizabeth.SimmonsCallan@Jacksonlewis.com
Jackson Lewis P.C.
PNC Center, 26th Floor
201 E. 5th Street
Cincinnati, OH 45202
513-898-0050

The undersigned hereby attests under oath that on 3/1/2019 , he caused to be served upon the attorneys of record herein **PLAINTIFF JAMES HAUGEN'S MANDATORY INITIAL DISCOVERY RESPONSES,** by electronic service to the individual(s) of record above from sengelson@billhornlaw.com.

*Electronically Served 3/1/2019*

/s/ Samuel D. Engelson
_____
Samuel D. Engelson

BILLHORN LAW FIRM
53 West Jackson Blvd., Suite 840
Chicago, IL 60604
(312) 853-1450