IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S <br><br> Defendant. | No. 18-cv-07297 <br><br> **Honorable Judge Elaine E. Bucklo** <br><br> **Magistrate Judge Rowland** |

**PARTIES' JOINT MOTION FOR EXTENSION OF TIME
TO CONDUCT FIRST PHASE DISCOVERY**

NOW COME the Parties, by their attorneys of record, and for their Joint Motion For Extension of Time to Complete First Phase discovery, state as follows:

1. On November 1, 2018, Plaintiff filed his Complaint, asserting Defendant misclassified him as "salary exempt" and failed to pay him, and others similarly situated, one half his regular rate for hours worked in excess of forty (40) in a workweek in violation of the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, the Illinois Minimum Wage Law 820 ILCS 105/1 *et seq.*, and the Chicago Minimum Wage Ordinance, § 1-24-10 of the Municipal Code of Chicago.

2. On January 11, 2019, Christian Goldston filed his Consent with this Court to join this case. See CM/ECF No. 14.

3. Plaintiffs' Complaint alleges "collective action" treatment. Ultimately, Plaintiffs seek to have this matter certified as a "class" or "collective" action.

4. On February 6, 2019, this Court entered an Order directing First Phase discovery to be completed by August 1, 2019. See CM/ECF No. 17.

5. The Parties each issued written discovery in accordance with the Court's deadline. On June 26, 2019 Defendant submitted various objections to Plaintiffs' Interrogatories and Request To Produce Documents.

6. The Parties have engaged in good faith dialogue pursuant to L.R. 37.2 regarding Defendant's objections. While the Parties have not yet reached resolution to the discovery issues, both sides are continuing the dialogue and as of the filing of this Motion, Plaintiffs have narrowed some of their requests and Defendant is evaluating those amendments.

7. The Parties have identified certain deponents each wishes to call for deposition, but those depositions have been delayed until such time the disputes regarding written discovery are resolved.

8. The Parties request an additional ninety (90) days to further their attempts at resolving the written discovery disputes, schedule depositions and if an agreement cannot be reached regarding conditional certification, ready their respective briefing on that issue.

WHEREFORE, the Parties request this Court grant a 90-day extension, up to and including November 1, 2019 to complete First Phase discovery, and for such additional relief the Court deems appropriate under the circumstances.

| | |
|---|---|
| *s/John W. Billhorn* | *s/David K. Montgomery* |
| John W. Billhorn | David K. Montgomery |
| Attorney for Plaintiff | Attorney for Defendant |
| | |
| BILLHORN LAW FIRM | Jackson Lewis, P.C. |
| 53 West Jackson Blvd., Suite 840 | 201 E. Fifth Street, 26th Floor |
| Chicago, IL 60604 | Cincinnati, OH 45202 |