IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN AND CHRISTIAN GOLDSTON, on behalf of themselves, and all other Plaintiffs similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S <br><br> Defendant. | Nº. 18-cv-07297 <br><br> **Honorable Judge Elaine E. Bucklo** |

**PLAINTIFFS' MOTION FOR STAGE-ONE
CONDITIONAL CERTIFICATION
AND NOTICE TO PUTATIVE CLASS MEMBERS**

NOW COME Plaintiffs, by their counsel of record, and for their Motion For Stage-One Conditional Certification And Notice To Putative Class Members, file concurrently herewith their Memorandum in Support.

Respectfully Submitted,

*Electronically Served 08/26/2019*

/s/John W. Billhorn

John W. Billhorn

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 401
Chicago, IL 60604
(312) 853-1450
jbillhorn@billhornlaw.com

1