# EXHIBIT - 1

DocuSign Envelope ID: A92432D3-1CC2-4BC2-810A-A36BE9886283

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN AND CHRISTIAN GOLDSTON, on behalf of themselves, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) ) No. 18-cv-07297 |
| Plaintiffs, | ) ) Honorable Judge Elaine E. Bucklo |
| v. | ) ) Magistrate Judge Rowland |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) ) ) |
| Defendant. | ) |

## DECLARATION OF JAMES HAUGEN

1.      My name is James Haugen. I am a former employee of Defendant Roundy's Illinois, LLC, d/b/a Mariano's.

2.      I was employed by Defendant Roundy's at their Mariano's grocery stores as a People Services Manager (PSM) from approximately September of 2014 until February of 2019.

3.      I was employed as a PSM at two (2) different Roundy's locations: the Sheridan Road location in Chicago, Illinois and the Waukegan Road location in Glenview, Illinois. My experiences in terms of compensation and hours worked per week were very similar as between the two (2) stores.

4.      During the entirety of my employment as a PSM, my compensation was "salary" (ranging between approximately $40,000 – 47,500 annually).

5.      During the entirety of my employment with Roundy's, I worked in excess of 40 hours per week, many times working as many as 60-65 hours a week and was paid only the salary noted above, with occasional modest bonuses.

6.      To my knowledge, knowledge gathered by viewing the job postings Roundy's utilized to hire additional PSMs and from numerous exchanges of information with others who worked in that position, all PSM positions at Roundy's were paid by a salary.

1

7.     To my knowledge, knowledge gathered by being familiar with the job postings Roundy's used to hire additional PSMs and from numerous exchanges of information with others who worked in that position, all PSMs routinely, if not always, worked in excess of 40 hours in a week.

**Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Signed:    James Haugen

Date:      8/22/2019

2