# EXHIBIT - 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JAMES HAUGEN AND CHRISTIAN GOLDSTON**, on behalf of themselves, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> **ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S** <br><br> Defendant. | No. 18-cv-07297 <br><br> **Honorable Judge Elaine E. Bucklo** <br><br> **Magistrate Judge Rowland** |

## DECLARATION OF CHRISTIAN GOLDSTON

1. My name is Christian Goldston. I am a former employee of Defendant Roundy's Illinois, LLC, d/b/a Mariano's.

2. I was employed by Defendant Roundy's at their Mariano's grocery stores as a People Services Manager (PSM) from approximately June of 2016 until late January 2019.

3. I was employed as a PSM at two (2) different Roundy's locations: the 16th Street location in Chicago, Illinois and the Clark Street location in Chicago, Illinois. My experiences in terms of compensation and hours worked per week were very similar as between the two (2) stores.

4. During the entirety of my employment as a PSM, my compensation was "salary" (approximately $45,000 annually).

5. During the entirety of my employment with Roundy's, I worked in excess of 40 hours per week, many times working as many as 60-65 hours a week and was paid only the salary noted above, with occasional modest bonuses.

6. To my knowledge, knowledge gathered by viewing the job postings Roundy's utilized to hire additional PSMs and from numerous exchanges of information with others who worked in that position, all PSM positions at Roundy's were paid by a salary.

1

7. To my knowledge, knowledge gathered by being familiar with the job postings Roundy's used to hire additional PSMs and from numerous exchanges of information with others who worked in that position, all PSMs routinely, if not always, worked in excess of 40 hours in a week.

**Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Signed:** *Christian Goldston*
AD94A984232A479...
Christian Goldston

**Date:** 8/22/2019