# EXHIBIT - 4

Scanned by CamScanner

## Roundy's Supermarkets, Inc.
PICK 'N SAVE - COPPS - RAINBOW - METRO MARKET - MARIANO'S

PO Box 473, Milwaukee, WI 53201

July 01, 2015

James Haugen



Dear James:

This letter confirms the following:

| | |
|---|---|
| Title | Manager of People Services |
| | Salary |
| Location | Store 08522 Mariano's Edgewater |
| Effective Date | July 05, 2015 |
| Salary | $45,000.00 |
| Work Schedule | The Company has established hours and scheduling guidelines for this position. This position requires a minimum of 50-55 hours per week. |
| Bonus | 15% of Base Salary. The terms are outlined in Roundy's Bonus Plan. Your bonus will be prorated based on your start date. |
| Vacation/Personal Days | No change. |
| Retirement | No change. |
| Insurance | No change. |
| Dress Code | You will follow the Retail Dress Code and Uniform Guidelines. |

Please be advised that this letter shall not be construed as an employment contract. Your employment with Roundy's may be terminated by you or by Roundy's at any time without prejudice.

If you have any questions at any time regarding this offer, please do not hesitate to contact me.

Sincerely,

Timothy Grabar, Group Vice President, Retail Merchandising and Store Operations, Mariano's

James Haugen                                      Date  7/6/15

Enclosure(s):
    Job Description

CC:
    Human Resources
    Timothy Grabar, GVP Retail Merch & StoreOps IL

ROUNDYS_000033

Scanned by CamScanner