# EXHIBIT - 6

Scanned by CamScanner

**Roundy's Supermarkets, Inc.**
PICK 'N SAVE - COPPS - METRO MARKET - MARIANO'S

PO Box 473, Milwaukee, WI 53201

December 06, 2016

Christian Goldston

Dear Christian:

Congratulations on your successful appointment to the position of Manager of People Services for the Mariano's 16th and Clark store. We are confident that you will continue to be an asset to our organization and an important contributor to the growth and success of our company.

| | |
|---|---|
| Title | Manager of People Services Salary |
| Location | Store 08512 Mariano's 16th and Clark |
| Effective Date | December 04, 2016 |
| Salary | $47,500.00 |
| Work Schedule | The Company has established hours and scheduling guidelines for this position. This position requires a minimum of 50-55 hours per week. |
| Bonus | 15% of Base Salary. The terms are outlined in Roundy's Bonus Plan. Your bonus will be prorated based on your start date. |
| Vacation/Personal Days | No change. |
| Retirement | No change. |
| Insurance | No change. |
| Dress Code | You will follow the Retail Dress Code and Uniform Guidelines. |

Please be advised that this letter shall not be construed as an employment contract. Your employment with Roundy's may be terminated by you or by Roundy's at any time without prejudice.

If you have any questions at any time regarding this offer, please do not hesitate to contact me.

Sincerely,

*[signature]*
Carmel Pender, Senior VP of IL Retail Operations

*[signature]* Christian Goldston

Date 12/9/16

Enclosure(s):
  Job Description

CC:
  Human Resources
  Christa Bertolini, VP of Human Resources IL

ROUNDYS_000140

Scanned by CamScanner