# EXHIBIT - 8

| Store # | Store Name | Address | City | Zip | Phone |
|---|---|---|---|---|---|
| 503 | Chicago Lakeshore East | 333 E Benton Place, Suite 206 | Chicago | 60601 | 312-228-1349 |
| 504 | Roscoe Village (Western & Roscoe) | 3350 North Western Avenue | Chicago | 60618 | 773-327-2093 |
| 507 | Jefferson Park (Elston) | 5353 N Elston | Chicago | 60630 | 773-481-6731 |
| 508 | West Loop ( Monroe & Halsted) | 40 S. Halsted Street | Chicago | 60661 | 312-243-7657 |
| 509 | Frankfort | 21001 South LaGrange Rd | Frankfort | 60423 | 815-464-3376 |
| 510 | Harwood Heights | 7401 West Lawrence Avenue | Harwood Heights | 60706 | 708-867-8543 |
| 511 | Elmhurst | 678 N. York Street | Elmhurst | 60126 | 630-782-0017 |
| 512 | South Loop ( 16th & Clark) | 1615 S Clark Street | Chicago | 60616 | 312-225-4386 |
| 515 | Ravenswood | 1800 West Lawrence Ave | Chicago | 60640 | 773-334-3549 |
| 516 | Bucktown | 2112 N. Ashland Ave | Chicago | 60614 | 773-342-6585 |
| 517 | Oak Lawn | 11000 S Cicero Avenue | Oak Lawn | 60453 | 708-346-0698 |
| 520 | Bridgeport | 3145 South Ashland Ave. | Chicago | 60608 | 773-247-2633 |
| 522 | Edgewater | 5201 North Sheridan Road | Chicago | 60640 | 773-506-0558 |
| 527 | Ukrainian Village | 2021 W Chicago Ave. | Chicago | 60622 | 773-799-9000 |
| 528 | Westchester | 3020 Wolf Road | Westchester | 60154 | 708-562-4033 |
| 529 | Western Spring | 4700 Gilbert Ave. #14 | Western Springs | 60558 | 708-246-6210 |
| 530 | Evergreen Park | 2559 W. 95th Street | Evergreen Park | 60805 | 708-422-2001 |
| 531 | Skokie | 3358 West Touhy Avenue | Skokie | 60076 | 847-763-8801 |
| 534 | New City (Lincoln Park) | 1500 N. Clybourn Avenue #C104 | Chicago | 60610 | 312-475-9661 |
| 535 | Orland Park | 9504 142nd Street | Orland Park | 60462 | 708-226-0006 |
| 538 | Lakeview East (3030 Broadway) | 3030 N Broadway Street, Suite 100 | Chicago | 60657 | 773-935-0294 |
| 539 | Bronzeville | 3857 South Dr.Martin Luther King Jr. Dr. | Chicago | 60653 | 773-268-2839 |
| Area 11 Total # of Stores = 22 | | | | | |

ROUNDYS_000208

| Store # | Store Name | Address | City | Zip | Phone |
|---|---|---|---|---|---|
| 501 | Arlington Heights | 802 E Northwest Highway | Arlington Heights | 60004 | 847-253-5439 |
| 502 | Vernon Hills | 1720 N. Milwaukee Ave. | Vernon Hills | 60061 | 847-816-0994 |
| 505 | Palatine | 545 N. Hicks Rd | Palatine | 60067 | 847-963-2807 |
| 506 | Hoffman Estates | 2575 W Golf Rd | Hoffman Estates | 60169 | 847-490-2043 |
| 513 | Wheaton | 625 S Main Street | Wheaton | 60187 | 630-690-6451 |
| 514 | Lake Zurich | 1350 East Route 22 | Lake Zurich | 60047 | 847-438-4003 |
| 518 | Glenview East | 25 Waukegan Road | Glenview | 60025 | 847-724-4685 |
| 519 | Aurora | 3025 E. New York St. | Aurora, IL | 60504 | 630-236-0683 |
| 521 | Buffalo Grove | 450 W Half Day Rd | Buffalo Grove | 60089 | 847-634-8500 |
| 523 | Gurnee | 6655 Grand Avenue | Gurnee | 60031 | 847-856-8502 |
| 524 | Northfield | 1822 Willow Road | Northfield | 60093 | 847-446-6870 |
| 525 | Park Ridge | 1900 S Cumberland Ave. | Park Ridge | 60068 | 847-696-2360 |
| 526 | Shorewood | 950 Brook Forest Ave. | Shorewood | 60404 | 815-577-2741 |
| 532 | Glenview West | 2323 Capital Drive | Northbrook | 60062 | 847-513-0202 |
| 533 | Northbrook | 784 Skokie Boulevard | Northbrook | 60062 | 847-559-1145 |
| 536 | Westmont | 150 W. 63rd Street | Westmont | 60559 | 630-964-2254 |
| 537 | Naperville | 1300 S Naper Boulevard | Naperville | 60540 | 630-637-9906 |
| 540 | Bloomingdale | 144 Gary Avenue | Bloomingdale | 60108 | 630-671-9116 |
| 541 | Des Plaines | 10 East Golf Road | Des Plaines | 60016 | 847-635-7465 |
| 542 | Bannockburn | 2999 Waukegan Road | Bannockburn | 60015 | 847-267-0294 |
| 543 | Lombard | 345 W Roosevelt Road | Lombard | 60148 | 630-629-3965 |
| 544 | Crystal Lake | 105 Northwest Highway | Crystal Lake | 60014 | 815-261-4705 |
| Area 12 Total # of Stores = 22 | | | | | |

ROUNDYS_000209