# EXHIBIT - 9

| | |
|---|---|
| **From:** | Daly, Crystal L <IMCEAEX-_o=KROGER_ou=Exchange+20Administrative+20Group+20+28FYDIBOHF23SPDLT+29_cn=Recipients_cn=CD69916d41@namprd19.prod.outlook.com> |
| **Sent:** | Thursday, December 22, 2016 8:36 AM |
| **To:** | Bertolini, Christa A; Szymanski, Kenneth A |
| **Cc:** | Haugen, James C; Anderson, Jared D |
| **Subject:** | HR Visit 8518 12-21-16 |
| **Attachments:** | 8518 - 12-22-16.pdf |

Hi Team,
Please see the notes for the HR Visit at 8518.

Overall Score: Yellow

Wins:
1) Birthday board updated for December; could use some creativity.
2) HR Day took place with union rep.
3) Ambassador of Week and month executed and displayed in breakroom.
4) Compliance training plan in place for January.
5) Store compliance of the backroom all in place.

Action Items:
1) Breakroom cleanliness not up to expectations; maintenance was called. Floors and refrigerator to be cleaned.
2) Newsletter not completed for December. Jim needs to take the time to take some tutorials with Publisher in order to get the newsletter completed on a regular basis.
3) Training space needs some major cleaning and organization.

| | | YES | NO | ADDITIONAL COMMENTS |
|---|---|---|---|---|
| 1 | Is the Sunday sign-up sheet hung by timeclocks? | Y | | |
| 2 | Is the FT Mariano's Openings hung by timeclocks and breakroom? | | N | |
| 3 | Is the breakroom clean? Floors, Tables, Sink, Refrigerator | | N | Floor needs to be cleaned, refrigerator to be wiped down. |
| 4 | Is the Birthday and Anniversary board up to date? | Y | | Going forward, could use a bit more creativity. |
| 5 | Is training sign-up sheet hung by timeclocks? | Y | | |
| 6 | Is HR Day scheduled for team? Was Union invited? | Y | | Took place with the union |
| 7 | Is Newsletter completed and in breakroom? | | N | Not posted for Dec. James needs to take some tutorials to learn publisher and completed the Newsletter by Jan. |
| 8 | Is Ambassador of Week and Month being executed? | Y | | Missing 1 week; to be posted by EOW. |

1

ROUNDYS_000001

| | | | | | |
|---|---|---|---|---|---|
| 9 | What is plan compliance training plan for the week? | Y | | Plan in motion |
| 10 | Is training space organized and inviting? | | N | could use TLC & some organization |
| 11 | Is the compactor door locked? (check the lock to make sure it is fully closed) | Y | | |
| 12 | Is the liquor cage locked? | Y | | Addressed by Nick during walk |
| 13 | Is the back door locked? | Y | | |
| Green 90% | | Yellow 80%- 89% | | Red < 80% |

Regards,

Crystal Daly
Area Talent Manager
Mariano's- Roundy's Supermarkets, Inc.
Cell: (414) 882-9820
Fax: (414) 231-5292
Email: Crystal.daly@roundys.com

2

ROUNDYS_000002