# EXHIBIT - 11

# <u>NOTICE OF CLAIMS AND RIGHT TO OPT-IN</u>

## If you were employed at any of Mariano's Chicagoland grocery stores as a People Services Manager at any time after September of 2016, a lawsuit may affect your rights.

### <u>*This is a judicially authorized notice. This is not an advertisement.*</u>

Former employees have sued Roundy's of Illinois (also known as Mariano's) alleging that Roundy's misclassified the position of People Services Manager (PSM) and because of that misclassification, failed to pay PSMs overtime compensation for work in excess of 40 hours in a workweek.

A Federal Court in Chicago has authorized the mailing of this Notice to all current and past PSMs who have worked for Roundy's at any of their Chicagoland locations at any time since September 1, 2016. A "Consent Form" is attached to this Notice for your use should you decide to join this case.

The Court has not yet decided whether Roundy's classification of PSMs was improper. Your legal rights pertaining to Roundy's pay practices may be affected, however, by your decision whether to join this case.

Your options are explained further in this Notice. Please read on.

### <u>WHY DID I RECEIVE THIS NOTICE?</u>

Roundy's records show that you currently work, or since approximately September 1, 2016, worked for Roundy's at one of its Chicagoland locations as a PSM.

This Notice informs you of the existence of a lawsuit that you may join if you so desire. It explains what steps you need to take in order to participate in the case, and how your rights may be affected by joining (or not joining). The case is known as *James Haugan and Christian Goldston v. Roundy's Illinois,* Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois.

## WHAT IS THIS LAWSUIT ABOUT?

### Plaintiffs' Claims in this Case

This Case alleges that Roundy's violated the Fair Labor Standards Act ("FLSA"), the Illinois Minimum Wage Law ('IMWL"), the federal and state statutes that regulate payment of minimum wages and overtime compensation, as well as two (2) similar local laws. The Plaintiffs claim Roundy misclassified them as "salary" employees even though their job duties did not qualify under the law for that exemption and that they should have been classified as hourly employees. As a result, Plaintiffs allege Roundy's owes them additional compensation for hours worked in excess of 40 hours in a work week at their overtime rate.

### Roundy's Position

Roundy's denies all allegations of wrongdoing and asserts that the salary exemption it applied to the PSM position was proper and that it has paid all PSMs in compliance with applicable laws. Roundy's therefore denies any liability to Plaintiffs or any other PSMs as a result of the claims in the lawsuit.

## WHAT ARE MY OPTIONS?

### File a Consent Form

If you wish to join in and pursue this Case against Roundy's, you must join by completing the enclosed "Consent Form" and mailing it in the enclosed, self-addressed stamped envelope according to the instructions in this Notice. You can also electronically scan it and email it to info@billhornlaw.com. You are required to return your Consent Form within 45 days from the date of mailing of this Notice. If your Consent Form is not returned (as evidenced by a post-mark or e-mail receipt) **by __ date** you may not be permitted to join this Case. Upon return of your Consent Form, it will be filed with the Court as required under the rules.

### Do nothing

If you do nothing, that is, take no action now, you will not be a participant in this Case. You will not be bound by any decision made by the Court overseeing the case nor will you be entitled to any recovery resulting from a favorable outcome for Plaintiffs and other PSMs. If you do not join this Case, you are free to hire your own attorney and pursue your claim against Roundy's on your own. The fact that this case is going forward, however, will not stop the running of the statute of limitations as to claims you may have so any delay in asserting a claim later could reduce or even eliminate any claim you have.

2

## NO RETALIATION PERMITTED

If you still work for Roundy's, you might be concerned about joining the Case and asserting your claim while still employed there. However, Roundy's is prohibited by law from retaliating or taking any adverse action against anyone solely because they have joined or participated in this Case, and Roundy's has agreed it will not do so.

## NO OPINIONS EXPRESSED AS TO THE MERITS OF THE ACTION

This Notice is for the sole purpose of determining the identity of those persons who may be entitled to and wish to participate in this Case and any potential judgment or settlement that results. By authorizing the mailing of this Notice, the Court is not suggesting Plaintiffs will win or lose this Case. The Court has not yet expressed any opinion regarding the merits of Plaintiffs' claim or Roundy's defenses.

## LEGAL COUNSEL

If you choose to join this Case by returning a Consent Form to be filed with the Court, you will be agreeing to representation by the attorneys currently representing the named Plaintiff. That law firm is the Billhorn Law Firm. Information about this law firm and their lawyers' experience is available at https://www.billhornlaw.com. Attorney Billhorn will provide legal services to you at no cost. There are no costs associated with participating in the law suit.

If you would like to join this Case but want to hire your own lawyer, you have the right to do so. Hiring your own lawyer will not jeopardize your right to recovery in this case in any way.

## QUESTIONS ABOUT THIS NOTICE/GETTING MORE INFORMATION

If you have questions about this Notice, you can contact John W. Billhorn, Esq. of Billhorn Law Firm, the attorney representing Plaintiffs. Their contact information, including telephone number, is listed below. **You should not contact the Court.**

John W. Billhorn
BILLHORN LAW FIRM
53 West Jackson Blvd., Suite 401
Chicago, IL 60604
Telephone: (312) 853-1450
info@billhornlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 18-cv-07297 |
| v. | ) ) | |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) ) ) | Honorable Judge Elaine E. Bucklo |
| Defendant. | ) | |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.,* Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: _____

DATES EMPLOYED: START _____ END:_____

LOCATION EMPLOYED: _____

TELEPHONE: (    ) _____

MAILING ADDRESS: _____

EMAIL ADDRESS: _____

YOUR SIGNATURE: _____ DATE:_____

4