```
 1          IN THE UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF ILLINOIS
 3                   EASTERN DIVISION
 4   JAMES HAUGEN,                  )
 5             Plaintiff,           )
 6        -vs-                      ) Case No.
 7   ROUNDY'S ILLINOIS, LLC         ) 1:18-CV-07297
 8   d/b/a MARIANO'S,               )
 9             Defendant.           )
10
11        The videotaped deposition of JAMES HAUGEN,
12   called for examination, taken pursuant to the
13   Federal Rules of Civil Procedure of the United
14   States District Courts pertaining to the taking of
15   depositions, taken before ALICE M. SCHWINGER, CSR
16   NO. 84-2913, Certified Shorthand Reporter of the
17   State of Illinois, at Suite 2500, 150 North
18   Michigan Avenue, Chicago, Illinois, on the 30th day
19   of September, A.D. 2019, commencing at 9:42 a.m.
20
21
22
23
24
```



```
 1   PRESENT:
 2        BILLHORN LAW FIRM,
 3        (53 West Jackson Boulevard, Suite 401,
 4        Chicago, Illinois 60604,
 5        312/853-1450), by:
 6        MR. JOHN W. BILLHORN,
 7        MR. SAMUEL ENGELSON,
 8             appeared on behalf of the Plaintiff;
 9
10        JACKSON LEWIS, LLP,
11        (PNC Center, 26th Floor,
12        201 East Fifth Street,
13        Cincinnati, Ohio 45202,
14        513/898-0050), by:
15        MR. DAVID K. MONTGOMERY,
16             appeared on behalf of the Defendant.
17
18
19
20
21   ALSO PRESENT:  CHRISTIAN GOLDSTON
22   VIDEOTAPED BY:  GABRIEL MARTIN
23   REPORTED BY:  ALICE M. SCHWINGER, CSR
24             CSR No. 84-2913
```



```
 1   engagement.
 2       Q.    How did it come about on these occasions
 3   when you would help out as either a cashier or -- I
 4   think what you called front of the store?
 5       A.    Front end.
 6       Q.    Front end.
 7             Is front end the same thing as customer
 8   service?
 9       A.    Front end is really anything that
10   happens checkout, you know, on out the store.  So
11   customer service is there, cashiers, all of that's
12   in the front end.
13       Q.    So on an occasion where you would help
14   out, did you occasionally help out as a cashier?
15       A.    Yes.
16       Q.    And how often as a cashier?
17       A.    I think I kind of identified that
18   previously, you know, 10 percent of my time.
19       Q.    I thought we used that 10 percent as
20   bucket of --
21       A.    Front-end duties.
22       Q.    -- front-end duties?
23       A.    Front-end duties, yeah.
24       Q.    Well, I'm asking you now about cashier.
```




```
 1      Q.    Did you provide any input into them?
 2      A.    No.
 3      Q.    Okay.
 4      A.    No.  I didn't -- I didn't supervise
 5   them.  I didn't supervise --
 6      Q.    I didn't ask you that.
 7      A.    Well...
 8      Q.    Did -- when would you become involved in
 9   that process?
10      A.    I wasn't really involved in that
11   process.
12      Q.    Okay.  Did you have any involvement of
13   any type whatsoever in grievances, meaning union
14   collective bargaining grievances?
15      A.    No.
16      Q.    Did you ever as part of these -- I know
17   you call them front of store.  Did you ever --
18   while you were a PSM, did you ever work in other
19   departments like the meat, deli, produce, bakery?
20      A.    I worked in the floral department.
21      Q.    Doing what?
22      A.    Assisting customers, doing arrangements.
23      Q.    As a fill-in?
24      A.    As a fill-in.
```



```
 1   STATE OF ILLINOIS     )
 2                         )  SS:
 3   COUNTY OF DUPAGE      )
 4              I, ALICE M. SCHWINGER, CSR No. 84-2913,
 5   a Certified Shorthand Reporter of the State of
 6   Illinois, do hereby certify:
 7              That previous to the commencement of the
 8   examination of the witness, the witness was duly
 9   sworn to testify the whole truth concerning the
10   matters herein;
11              That the foregoing deposition transcript
12   was reported stenographically by me, was thereafter
13   reduced to typewriting under my personal direction
14   and constitutes a true record of the testimony
15   given and the proceedings had;
16              That the said deposition was taken
17   before me at the time and place specified;
18              That I am not a relative or employee or
19   attorney or counsel, nor a relative or employee of
20   such attorney or counsel for any of the parties
21   hereto, nor interested directly or indirectly in
22   the outcome of this action.
23              IN WITNESS WHEREOF, I do hereunto set my
24   hand at Woodridge, Illinois, this 14th day of
```



```
 1   October, A.D. 2019.
 2
 3
 4
 5
                  _____
 6                    Certified Shorthand Reporter
 7
 8
 9   ALICE M. SCHWINGER, CSR No. 84-2913
10
```

