```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF ILLINOIS

 3                        EASTERN DIVISION

 4   JAMES HAUGEN,                   )

 5            Plaintiff,             )

 6       -vs-                        ) Case No.

 7   ROUNDY'S ILLINOIS, LLC          ) 1:18-CV-07297

 8   d/b/a MARIANO'S,                )

 9            Defendant.             )

10

11       The videotaped deposition of CHRISTIAN

12   GOLDSTON, called for examination, taken pursuant to

13   the Federal Rules of Civil Procedure of the United

14   States District Courts pertaining to the taking of

15   depositions, taken before ALICE M. SCHWINGER, CSR

16   NO. 84-2913, Certified Shorthand Reporter of the

17   State of Illinois, at Suite 2500, 150 North

18   Michigan Avenue, Chicago, Illinois, on the 30th day

19   of September, A.D. 2019, commencing at 12:07 p.m.

20

21

22

23

24
```



```
 1   PRESENT:
 2        BILLHORN LAW FIRM,
 3        (53 West Jackson Boulevard, Suite 401,
 4        Chicago, Illinois 60604,
 5        312/853-1450), by:
 6        MR. JOHN W. BILLHORN,
 7             appeared on behalf of the Plaintiff;
 8
 9        JACKSON LEWIS, LLP,
10        (PNC Center, 26th Floor,
11        201 East Fifth Street,
12        Cincinnati, Ohio 45202,
13        513/898-0050), by:
14        MR. DAVID K. MONTGOMERY,
15             appeared on behalf of the Defendant.
16
17
18
19
20
21   VIDEOTAPED BY:  GABRIEL MARTIN
22   REPORTED BY:  ALICE M. SCHWINGER, CSR
23             CSR No. 84-2913
24
```



1  least did the interview.  If not, then they
2  probably rescheduled to a day that I worked.
3       Q.   Okay.  Now, you heard Haugen testify
4  that he estimated that he spent approximately
5  10 percent of his time on non-PSM duties, and I
6  think -- I can't recall.  Did he say he worked in
7  the bakery?  He worked in one department, but he
8  never worked in any other departments.  Do you
9  recall that?
10      A.   I believe he said floral, then he said
11 front end.
12      Q.   Floral.  I'm sorry.
13           He worked in floral, but he didn't work
14 in any other departments; correct?
15      A.   That's what he said, yeah.  I mean, I
16 don't know, but I know he said he --
17      Q.   No, no.  That's all I'm asking you now.
18 You heard him say that; right?
19      A.   Yes, I believe so.
20      Q.   Okay.  You're saying now that you spent
21 40 percent of your time working in non-PSM --
22      A.   Yes.
23      Q.   -- duties?
24           And that you worked in --



```
 1        A.     Different departments.
 2        Q.     -- virtually every department except
 3   floral?
 4               Did you ever work in floral?
 5        A.     No, I don't think I ever -- no, I don't
 6   think I ever worked in floral.  I do know there was
 7   more departments that I worked in more so than the
 8   other, but I don't think I worked in floral.
 9        Q.     You think you worked in just about every
10   other department?
11        A.     Yeah, definitely.
12        Q.     And do you think there's other PSMs
13   that -- are you aware of other PSMs that have told
14   you or that you know worked 40 percent of their
15   time on non-PSM duties?
16        A.     Yes.
17        Q.     Who?
18        A.     So Sharita Jackson, like James Haugen
19   mentioned her store was right -- is, like, right by
20   my store.  So I know Sharita Jackson would do a
21   lot.
22        Q.     Because he testified, I think, Sharita
23   worked 20 percent?
24        A.     Yeah.  So I don't know -- I don't know
```



```
 1  STATE OF ILLINOIS    )
 2                       )  SS:
 3  COUNTY OF DUPAGE     )
 4             I, ALICE M. SCHWINGER, CSR No. 84-2913,
 5  a Certified Shorthand Reporter of the State of
 6  Illinois, do hereby certify:
 7             That previous to the commencement of the
 8  examination of the witness, the witness was duly
 9  sworn to testify the whole truth concerning the
10  matters herein;
11             That the foregoing deposition transcript
12  was reported stenographically by me, was thereafter
13  reduced to typewriting under my personal direction
14  and constitutes a true record of the testimony
15  given and the proceedings had;
16             That the said deposition was taken
17  before me at the time and place specified;
18             That I am not a relative or employee or
19  attorney or counsel, nor a relative or employee of
20  such attorney or counsel for any of the parties
21  hereto, nor interested directly or indirectly in
22  the outcome of this action.
23             IN WITNESS WHEREOF, I do hereunto set my
24  hand at Woodridge, Illinois, this 14th day of
```



```
 1   October, A.D. 2019.
 2
 3
 4
 5
 6                  Certified Shorthand Reporter
 7
 8
 9   ALICE M. SCHWINGER, CSR No. 84-2913
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

