1  engagement.
2      Q.    How did it come about on these occasions
3  when you would help out as either a cashier or -- I
4  think what you called front of the store?
5      A.    Front end.
6      Q.    Front end.
7            Is front end the same thing as customer
8  service?
9      A.    Front end is really anything that
10 happens checkout, you know, on out the store.  So
11 customer service is there, cashiers, all of that's
12 in the front end.
13     Q.    So on an occasion where you would help
14 out, did you occasionally help out as a cashier?
15     A.    Yes.
16     Q.    And how often as a cashier?
17     A.    I think I kind of identified that
18 previously, you know, 10 percent of my time.
19     Q.    I thought we used that 10 percent as
20 bucket of --
21     A.    Front-end duties.
22     Q.    -- front-end duties?
23     A.    Front-end duties, yeah.
24     Q.    Well, I'm asking you now about cashier.



1  A.  That's -- that's probably pretty close
2  to the 10 percent.  If I was on the front end
3  helping out, I was probably cashiering.  Because
4  the stuff in the customer service area I became
5  less and less and less equipped to do because
6  processes changed from the time that I was back
7  there doing it.  So I opted to just tell other
8  CSRs, you go handle the front-end office; I'll just
9  cashier because I don't know how to do that
10 anymore.  So I'll just cashier.  I can do that.  I
11 can scan items.  I can put in PLUs and handle that,
12 so...
13     Q.  So my question to you is how would that
14 come about?  I mean, how would it be decided that
15 you would go help out as a cashier?  Was that
16 because you saw that there were too many people
17 waiting?  Explain to me how that --
18     A.  Usually most often we were called to the
19 front end.
20     Q.  Okay.  And who would call you?
21     A.  Store director, an assistant manager,
22 service operations manager or the CSRs.  If they
23 saw that there was a need and they needed -- you
24 know, they had lines and they needed more cashiers



```
 1        A.    Oh, yeah, yeah.  If I saw lines, I knew
 2   that if I didn't get on the cash register, the
 3   store director would probably take me to task for
 4   not having jumped in and helped out, so...
 5              It was expected that we jump in and help
 6   out if there were lines.
 7        Q.    Okay.
 8        A.    Yeah, it was a -- it was not a desired
 9   outcome, if you will, at Mariano's to have lines.
10   And that culture was a part of who Mariano's was.
11   No lines, take care of people as quickly as you
12   can.  Service was paramount.  And so we were
13   expected to jump in and help out on the service end
14   of the customer.
15        Q.    And did that --
16        A.    And, therefore, we did it 10 -- 10
17   percent of our job.
18        Q.    When you say we did it 10 percent of the
19   time, you don't know whether people at other stores
20   did it 10 percent of their time?
21        A.    By talking to them, yeah.  That's -- in
22   having conversation with other PSMs, sure.
23        Q.    Who told you that?
24        A.    Other PSMs that I talked to.
```



```
 1       Q.    Name them.
 2       A.    I don't know.
 3       Q.    Can you name one of them?
 4       A.    Christian.
 5       Q.    Other than Christian?
 6       A.    Sharita Jackson.
 7       Q.    Where was she?
 8       A.    She was at -- just south of the south
 9  Loop, the new store that they opened down in --
10  just south of the south Loop.  Brownsville.
11  Bronzeville?  Brownsville?
12       MR. BILLHORN:  Brownsville.
13  BY THE WITNESS:
14       A.    Brownsville.
15  BY MR. MONTGOMERY:
16       Q.    And she told you that she spent 10
17  percent of her time on cashier?
18       A.    She said she spent way more than 10
19  percent of her time on cashiering.
20       Q.    How much?
21       A.    She said 20 to 25 percent.
22       Q.    Did you believe her?
23       A.    I had no reason to not believe her.
24       Q.    And what did --
```



1  about whether to move them on even to the next step
2  in the process.  You would make that decision?
3       A.   Next step in the process, in other
4  words, to talk to anybody else other than myself?
5       Q.   Right.
6       A.   Yeah.
7       Q.   Did you attend any periodic meetings
8  with other PSMs?
9       A.   Mm-hmm.  Yes.
10      Q.   And how often and what meetings were
11 those?
12      A.   They, I think, were -- they wanted to
13 have them quarterly or every other month.  I don't
14 know -- I don't recall how many -- how often we
15 actually did it.
16           If there were changes that were
17 happening with software, changes in process, that
18 would create a meeting for everybody to come
19 together and learn about, you know, what a new
20 process was going to be.
21      Q.   And where would these meetings take
22 place?
23      A.   They would take place at the corporate
24 office in Rosemont or at one of the stores that --



1  sometimes when they were opening a store, they had
2  an interview center adjacent to the store.  And if
3  the interview center was basically -- they were
4  done hiring for the store, they still had the lease
5  on the space, we would meet in that larger space.
6       Q.    Okay.
7       A.    So sometimes I -- all the PSMs had to go
8  out to Home -- Homeward Hills, someplace way
9  northwest.  And then there were times where we just
10 met at the corporate office.
11      Q.    Well, these meetings that you had,
12 regardless of where they were, were they attended
13 by all PSMs or all PSMs in a particular region?
14 What's your understanding?
15      A.    All PSMs.
16      Q.    About how many was that?
17      A.    Well, we had 34 stores, roughly, at the
18 time, maybe -- maybe more, but every store had a
19 PSM.
20      Q.    Okay.
21      A.    And all the PSMs came.  So it would have
22 been the sum total of all the PSMs unless they were
23 on vacation or something.
24      Q.    And who led the meetings?



```
 1        A.    I'm not sure I understand your question.
 2        Q.    Well, this is testimony under oath, and
 3   I'm asking you to think carefully of whether you've
 4   covered your day-to-day duties during this
 5   deposition in as much detail as you can recall, or
 6   did you forget any?  Are there other duties that
 7   you forgot to mention that you performed as a PSM?
 8        A.    Well, the position that I had ended over
 9   a year and a half ago.  So, you know, there's some
10   delay that you get when you haven't been doing that
11   function for a year and a half.
12              What I would say is that there are
13   probably things that I haven't mentioned, like
14   making sure that when somebody was hired and they
15   were given their employee information, that there
16   was more clerical stuff to make sure that they
17   have -- their discount is lined up.  You know, you
18   have to enter stuff into a system.  It's a lot of
19   system and data entry information.
20              When we became a Kroger entity, PSMs
21   took on the salary or the payroll, that was a
22   clerical function that we handled in the payroll
23   area.
24              PSMs are responsible to input schedules
```



1 into the system. That was probably a day-long
2 process. To enter the schedules for the next week
3 into the system, they had to be entered in. And
4 then once we entered in all the schedules, it would
5 determine how many hours were scheduled for the
6 next week. And we had to have the store
7 manager/director kind of approve all of the
8 schedules. And at times, he would go back, then,
9 to the department manager and have them shave off
10 hours or, in rare cases, add hours to a department.
11 But, you know, those are functions that
12 I don't think I had talked about up to this point;
13 but, again, they are data entry on a computer.
14 Q. Well, this isn't a trick question. I'm
15 really -- I mean, my goal is to make sure that I've
16 covered in as much detail as you recall all of the
17 different duties that you performed as a PSM while
18 you were at Mariano's.
19 Is there any other duties that you can
20 think of that you forgot to mention so far?
21 A. Nothing that, you know, comes to my mind
22 that I can think of specifically. I think that
23 pretty much takes care of the time that we spent.
24 Q. Did you decide whether and how to