```
 1  days helping throughout the -- other needs
 2  throughout the store.  Of course, very seldomly we
 3  would start out in those departments.  We would
 4  actually start out when we were coming in for the
 5  day.  It's just a matter of throughout the day
 6  which, like, task kind of got deviated, I guess you
 7  could say.  But I would say, like, two to -- two or
 8  maybe two-and-a-half if it's holiday week, we would
 9  be outside helping throughout the other
10  departments.
11       Q.    So you would be called to do these other
12  assignments two or two-and-a-half days a week?
13       A.    Mm-hmm.
14       Q.    Correct?
15       A.    Yeah.  And at one point, too, because we
16  were -- we would have -- throughout the L&D
17  program, we would have Morgan Manor.  She was the
18  facilitator of the L&D.  She would come out to the
19  store maybe, like, once a month, and I did bring up
20  as well as Lauren did, I believe she did, but I do
21  know that I spoke of I'm not getting my time as PSM
22  because I'm still getting called in the bakery and
23  stuff which I was kind of frantic because I wanted
24  my store.  So I was kind of getting, like, some of
```

```
 1  my lessons taken away.
 2       Q.    Let me make sure I'm understanding the
 3  amount of time that you were devoting to front of
 4  store and/or bakery duties.  Okay?  So I just need
 5  to ask a couple clarifying questions.
 6             So if you worked -- and you always
 7  worked five days a week, correct, regular schedule?
 8       A.    Yeah.
 9       Q.    Okay.  So are you saying that you spent
10  two to two-and-a-half days per week on these other
11  duties; so, therefore, that you spent anywhere from
12  40 to 50 percent of your time on non-PSM duties?
13       A.    When I was shadowing, yeah.  When I was
14  shadowing, mm-hmm.
15       Q.    And you were shadowing a real PSM.  So
16  at least during the time that you worked at that
17  store, you're saying that she spent 40 to
18  50 percent of her work time on non-PSM duties?
19       A.    Yeah.  I want to say I'm -- when I was
20  shadowing with her, she would.  However, it would
21  be a -- a time where, like I said, that -- remember
22  I said the lessons were getting taken away from me?
23  Like, I would have to go and she would have to stay
24  because, I mean, the job still had to get done,
```



```
 1   whatever she was training with me.  And that was
 2   her store; it wasn't my store.  She was the PSM for
 3   that store.  So it would be times where we won't be
 4   hand-to-hand.  I would just be in bakery or in the
 5   front end, and she would be back or we will come
 6   together.  So I would put a little bit less for
 7   her, more for me during those -- not as much less,
 8   though, but less for her, if you know what I'm
 9   saying.
10        Q.   Well, let's see what we can come up
11   with.
12             I mean, would you say it would be
13   approximately 40 percent on non-PSM duties for her?
14        A.   40 percent, I guess you could -- let's
15   say 30 -- maybe like 35.
16        Q.   35 percent?
17        A.   Yeah.  Well, I would just say -- I'll do
18   30.  I would do 30.  Let's just say 30 percent for
19   her.
20        Q.   All right.  So at the conclusion of your
21   leadership development, did you have the ability to
22   apply for other positions as well?
23        A.   No.  So -- well, you said did I have the
24   opportunity?
```



1  Q.   -- started out as kind of a training
2  PSM; right?
3       So how much did you spend doing those
4  types of duties when you were at the south Loop?
5  A.   I spent a lot of time.  I remember in
6  2017, I actually drafted a letter to Christa
7  Bertolini, the vice president of HR, just because,
8  I mean, even though I didn't want to be stuck in
9  retail all my life, like I try to -- if I want to
10 do something, I want to do it right.  And I was --
11 a lot of my job duties as PSM weren't getting done,
12 and I let her know I'm spending too much time on
13 the register.
14      My store director would send me
15 different areas around Chicago to deliver cakes, to
16 deliver strawberries.  Like, I was wasting my gas.
17 And I just told her, like, it's no way that this
18 can be exceptional, like, because a lot of the
19 stuff are not getting done as a PSM because I'm
20 getting directed to do kind of clerical stuff,
21 things that we have a shortage on or -- and I'm
22 just getting directed.
23      And I told her, like, I'm here, like,
24 too many hours.  I'm here, like, way too many



1   hours.  I'm ringing.  I'm coming in at 2:30 in the
2   morning just so I can -- the store's not open.
3   Maybe I can actually get the stuff that I need to
4   get done.  But when the store opens, I'm getting
5   told to get on the register.
6           So I sent her a letter on that one in
7   2017.  And I kind of said "we" as an HR because
8   before I approached her, I just wanted to make sure
9   this wasn't a Christian problem or Christian time
10  balance problem.  And I'm like, I got a lot of
11  feedback from a lot of different colleagues.  They
12  was like, no, it's all of us.
13          So, I mean, I was like, well, I'm going
14  to say something.
15      Q.  I appreciate all that.  But what I'm
16  asking you, though, is to give me a percentage of
17  how much of your work time you were spending on
18  these -- and you've even listed more.  You said you
19  worked in all these different departments.  You
20  worked the front end ringing you call it, but now
21  you've also said that you did delivery-type duties?
22      A.  Yeah.
23      Q.  So --
24      A.  So a percentage of just the ringing, you



```
 1  percent, 10 percent, 40 percent or 50 percent on
 2  non-PSM duties?
 3       A.   Well, I could tell you right now I
 4  definitely know that they're working more than
 5  2 percent.
 6       Q.   Well, beyond that.
 7       A.   I know.  Beyond 2 percent?
 8       Q.   Right.
 9       A.   I would definitely say beyond 2 percent.
10  If they have a store director, then yeah.  Saying
11  it confidently, I'm not sure.  But I would say it,
12  yeah.
13       Q.   Well, the only way that you would have
14  any idea of what went on at other stores would be
15  either because somebody told you about it; right?
16       A.   Mm-hmm.
17       Q.   Or because you were actually in the
18  store on a day-to-day basis watching what they were
19  doing; correct?
20       A.   Correct.
21       Q.   Okay.  So you weren't in any other
22  stores on a day-to-day basis other than the ones
23  you worked at; right?
24       A.   Correct.  And then -- but it's also come
```

1   down to, like, our PSM meetings, though, too, like,
2   that we would have.  Like, first when I said I kind
3   of actually sent the letter in because when I had
4   the PSM meeting, a lot of people I remember
5   inquired, like, "Hey, I'm working too much," like,
6   "I'm doing this; I'm doing that."  And that's -- I
7   mean, we were all together cohesively.
8            So it was kind of like a mutual
9   complaint, I would say, on a lot of different PSMs.
10  And I look at it like, well, hey, if I'm all the
11  way in south Loop and this PSM is all the way in
12  North Shore or even James' store which is
13  drastically far from my store, I think it --
14  it's -- it is a problem.
15       Q.   Well, did you hear James that he at the
16  meeting expressed that he was working 10 percent?
17       A.   No.  And like I said, I never heard
18  percent from -- other than from James today.
19       Q.   Right.
20       A.   Percent, like --
21       Q.   You're assuming that everybody worked
22  more than 2 percent, but beyond that, you're not in
23  the position to say what percentage other people
24  worked?

