IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JAMES HAUGEN, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | Case No. 1:18-cv-07297 |
| **v.** : | |
| : | The Honorable Elaine E. Bucklo |
| **ROUNDY'S ILLINOIS, LLC d/b/a** : | |
| **MARIANO'S,** : | |
| : | |
| **Defendant.** : | |
| : | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order (See Doc. No. 51), Plaintiffs James Haugen and Christian Goldston ("Plaintiffs") and Defendant Roundy's Illinois, LLC d/b/a Mariano's ("Defendant") submit the following status report.

1.) Per the Court's order, the Parties conferred regarding the methods Plaintiffs may send notice to the putative collective action members.

2.) The Parties agree that Plaintiffs may send notice via U.S. Mail and email simultaneously at the beginning of the notice period. The Parties agree that if Plaintiffs' counsel demonstrates to Defendant's counsel that both U.S. Mail and email were returned undeliverable to any individuals, then Plaintiffs' counsel may send notice via text message to those individuals. The Parties further agree that Defendant will not be required to post notices in its stores or in other work locations and that Plaintiffs' counsel will not provide notice to putative collective members by telephone.

|  | Respectfully submitted, |
|---|---|
| */s/ John W. Billhorn* (via email auth.) <br> John W. Billhorn <br> Samuel Engelson <br> BILLHORN LAW FIRM <br> 53 West Jackson Blvd., Suite 401 <br> Chicago, IL 60604 <br> Telephone: (312) 853-1450 <br> Email: jbillhorn@billhornlaw.com <br> Email: sengelson@billhornlaw.com <br><br> *Counsel for Plaintiffs* | */s/ David K. Montgomery* <br> David K. Montgomery (*Pro Hac Vice*) <br> Mark B. Gerano (*Pro Hac Vice*) <br> Matthew R. Byrne (*Pro Hac Vice*) <br> JACKSON LEWIS P.C. <br> PNC Center, 26th Floor <br> 201 E. Fifth Street <br> Cincinnati, OH 45202 <br> Telephone: (513) 898-0050 <br> Facsimile: (513) 898-0051 <br> Email: david.montgomery@jacksonlewis.com <br> Email: mark.gerano@jacksonlewis.com <br> Email: matthew.byrne@jacksonlewis.com <br><br> Christopher S. Griesmeyer (ARDC #6269851) <br> GREIMAN, ROME & GRIESMEYER, LLC <br> 2 North LaSalle Street, Suite 1601 <br> Chicago, IL 60602 <br> Telephone: (312) 428-2750 <br> Email: cgriesmeyer@grglegal.com <br><br> *Counsel for Defendant* |

4833-3058-2192, v. 1