# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JAMES HAUGEN AND CHRISTIAN GOLDSTON,** on behalf of themselves, and all other Plaintiffs similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> **ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **N<u>o.</u>** 18-cv-07297 <br><br> **Honorable Judge Elaine E. Bucklo** |

## ORDER

Pursuant to this Court's Oder granting in part Plaintiffs' Motion For Conditional Certification (Dkt. # 51), it is hereby further Ordered:

1.) Plaintiffs may send the Notice and Consent forms to current and former employees ("the Plaintiff Class"), defined as:

All individuals who, at any time after November 1, 2015, worked for any of Roundy's Illinois LLC 44 "Mariano's" grocery stores in the position of "People Services Manager".

2.) Plaintiffs' counsel's office shall send the Notice and Consent forms to the last known street address and email address, as provided by Defendant, no later than January 10, 2020.

3.) Plaintiffs' counsel's office shall file with the Court on a weekly basis each Consent form returned.

4.) All Consent forms filed with the Court shall be postmarked no later than February 25, 2020, unless agreed upon otherwise by the Parties or ordered by the Court.

5.) Should any Notice to any individual be returned to Plaintiffs' counsel's office as "undeliverable" both by way of U.S. Postal Service notice and returned email, after demonstrating that both methods were undeliverable to Defendant's counsel, Plaintiffs' counsel may send notice via text message (via numbers provided by Defendant) to those individuals.

6. This matter is hereby set for further Status on March 6, 2020 at 9:45 A.M.

Dated: 1/7/2020

*[signature]*
**Honorable Elaine E. Bucklo**