IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN AND CHRISTIAN GOLDSTON, on behalf of themselves, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S <br><br> Defendant. | No. 18 cv 7297 <br><br> **Honorable Judge Elaine E. Bucklo** <br><br> *JURY DEMAND* |

## NOTICE OF FILING

TO: David K. Montgomery  david.montgomery@jacksonlewis.com,
Matthew Richard Byrne  matthew.byrne@jacksonlewis.com
Mark Benjamin Gerano  mark.gerano@jacksonlewis.com
Christopher Scott Griesmeyer  cgriesmeyer@grglegal.com

PLEASE TAKE NOTICE that on January 17, 2020, I shall cause to be filed with the Clerk of the United States District Court located at the Everett Dirksen Building, 219 South Dearborn, Chicago, Illinois, **Consent(s) as listed below,** for which a copy is hereby served to you.

| | | |
|---|---|---|
| Carrie Waggoner | Zachary Milbourn | Arica Rosa |
| Patrick Ellis Jr. | Carrie R. Weaver | Melinda Kearney |
| Nihrien Prgam | | |

Respectfully submitted,

*Electronically Filed 01/17/2020*

s/ John W. Billhorn
----------------------------------------
John W. Billhorn

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 401
Chicago, Illinois 60604
(312) 853-1450

## **CERTIFICATE OF SERVICE**

The undersigned, a non-attorney hereby certifies that on January 17, 2020, he caused to be served upon the parties of record above, the aforementioned document by electronic service through the Court's electronic filing system (ECF), or as otherwise directed.

*Electronically Served 01/17/2020*

s/ John W. Billhorn
----------------------------------------
John W. Billhorn