# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) |
| Plaintiff, | ) ) No. 18-cv-07297 |
| v. | ) ) |
| | ) Honorable Judge Elaine E. Bucklo |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) ) ) |
| Defendant. | ) |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.,* Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: __Carrie Waggoner_____

DATES EMPLOYED: START __January 2017_____ END: __May 2018_____

LOCATION EMPLOYED: __Park Ridge, Harwood Heights_____

██████████████████████████████████████████

YOUR SIGNATURE: _Carrie Waggoner_____ DATE: __01/10/2020_____

4

Scanned by CamScanner

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S <br><br> Defendant. | ) ) ) ) ) No. 18-cv-07297 ) ) ) Honorable Judge Elaine E. Bucklo ) ) ) ) |

### CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.,* Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Zachary Millbourn

DATES EMPLOYED: START 10/ /2016    END: 08/15/2018

LOCATION EMPLOYED: Ukrainian Village, Bannockburn

YOUR SIGNATURE: _____    DATE: 1/10/2020

4

Scanned by CamScanner

DocuSign Envelope ID: 4EFA3116-4300-432D-BB93-88047EC9F90A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 18-cv-07297 |
| v. | ) ) ) | |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) ) ) | **Honorable Judge Elaine E. Bucklo** |
| Defendant. | ) ) | |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Arica Rosa
_____

DATES EMPLOYED: START 10/16/2016 _____ END: 01/11/2019 _____

LOCATION EMPLOYED: Wheaton _____

████████████████████████████████████████

YOUR SIGNATURE: _____ DATE: 1/13/2020 _____

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) |
| Plaintiff, | ) ) No. 18-cv-07297 |
| v. | ) ) |
| | ) **Honorable Judge Elaine E. Bucklo** |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) ) ) |
| Defendant. | ) |

---

### CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.,* Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME:  Patrick Ellis Jr

DATES EMPLOYED: START  12/2016            END: 11/2017

LOCATION EMPLOYED: Bronzeville and Orland Park

YOUR SIGNATURE: *Patrick Ellis Jr*            DATE: 1/10/20

4

Scanned by CamScanner

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 18-cv-07297 |
| v. | ) ) | |
| | ) | Honorable Judge Elaine E. Bucklo |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) ) ) | |
| Defendant. | ) | |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Carrie R Weaver

DATES EMPLOYED: START May 5, 2015     END: Present

LOCATION EMPLOYED: 2559 W 95th St

YOUR SIGNATURE: Carrie R Weaver     DATE: 01/13/2020

4

Scanned by CamScanner

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) |
| Plaintiff, | ) No. 18-cv-07297 ) |
| v. | ) ) |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) Honorable Judge Elaine E. Bucklo ) ) |
| Defendant. | ) |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.,* Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Melinda Kearney

DATES EMPLOYED: START 06/11/2017     END: 11/23/2019

LOCATION EMPLOYED: marianos - Northbrook + marianos - Harwood Heights

YOUR SIGNATURE: Melinda Kearney     DATE: 1/10/2020

4

Scanned by CamScanner

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | N<u>o</u>. 18-cv-07297 |
| v. | ) ) | |
| | ) | **Honorable Judge Elaine E. Bucklo** |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) ) ) | |
| Defendant. | ) ) | |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.,* Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Nihrien Prgam

DATES EMPLOYED: START 10/1/2018 END: 1/26/2019

LOCATION EMPLOYED: Buffalo Grove, IL

YOUR SIGNATURE: *Nihrien Prgam* DATE: 1/13/2020

4

Scanned by CamScanner