**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S<br><br>Defendant. | ) ) ) ) ) ) N<u>o.</u> 18-cv-07297 ) ) ) **Honorable Judge Elaine E. Bucklo** ) ) ) ) ) |

**CONSENT TO JOIN FLSA COLLECTIVE ACTION**

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.,* Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Maria Qazi

DATES EMPLOYED: START 11/26/2016    END: August 2017

LOCATION EMPLOYED: Elmhurst Location

YOUR SIGNATURE: *Maria Qazi*    DATE: 1/21/2020

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown,<br><br>              Plaintiff,<br><br>              v.<br><br>ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S<br><br>              Defendant. | )<br>)<br>)<br>)<br>) No. 18-cv-07297<br>)<br>)<br>) Honorable Judge Elaine E. Bucklo<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

    Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Hope R. Fry

DATES EMPLOYED: START 7/16/18 END: 11/30/18

LOCATION EMPLOYED: Northbrook, IL

[redacted]

YOUR SIGNATURE: Hope R. F____ DATE: 1/14/2020

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S <br><br> Defendant. | No. 18-cv-07297 <br><br> Honorable Judge Elaine E. Bucklo |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Mary DiCicco (former last name Gehrig while employed at Roundy's)
DATES EMPLOYED: START October 2017 END: May 2019
LOCATION EMPLOYED: Gurnee, Lake Zurich + Crystal Lake

YOUR SIGNATURE: Mary Bell   DATE: 01/21/2020

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) ) |
| Plaintiff, | ) ) No. 18-cv-07297 |
| v. | ) ) |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) Honorable Judge Elaine E. Bucklo ) ) |
| Defendant. | ) ) |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.,* Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Shartta Powers

DATES EMPLOYED: START March 2016 END: October 2018

LOCATION EMPLOYED: Ukrainian Village (2021 W. Chicago), Bronzeville 3857 King

YOUR SIGNATURE: Shartta Powell    DATE: 1/16/2020

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S<br><br>　　　　　　Defendant. | No. 18-cv-07297<br><br>Honorable Judge Elaine E. Bucklo |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

　　Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Joseph Sobczak

DATES EMPLOYED: START 08/2016　　END: 12/2018

LOCATION EMPLOYED: Western Springs, Palatine - IL

[redacted]

YOUR SIGNATURE: [signature]　　DATE: 1/18/2020

1

Scanned by CamScanner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S <br><br> Defendant. | No. 18-cv-07297 <br><br> Honorable Judge Elaine E. Bucklo |

### CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Jessica McGowan

Mariano's Start 6/11/14
DATES EMPLOYED: START 4/1/15 as PSM   END: 4/18/17

LOCATION EMPLOYED: Mariano's Buffalo Grove, IL

YOUR SIGNATURE: Jessica McGowan   DATE: 1/16/2020

1

Scanned by CamScanner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, </br></br>Plaintiff, </br></br> v. </br></br> ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S </br></br> Defendant. | ) ) ) ) ) ) N<u>o.</u> 18-cv-07297 ) ) ) Honorable Judge Elaine E. Bucklo ) ) ) ) |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.,* Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Lauren Velie

DATES EMPLOYED: START April 2018     END: August 2018

LOCATION EMPLOYED: Marianos Arlington Heights - 802 E. NW Hwy [Arlington H]eights

DATE: 1/20/2020

1

Scanned by CamScanner