IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 18-cv-07297 |
| v. | ) ) ) | Honorable Judge Elaine E. Bucklo |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) ) ) | |
| Defendant. | ) | |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Jonathan Batturtill

DATES EMPLOYED: START 10/5/2016  END: 10/26/18

LOCATION EMPLOYED: 1800 W Lawrence Ave (Ravenswood location)

YOUR SIGNATURE: Jonathan Batturtill   DATE: 1/22/20

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 18-cv-07297<br>)<br>)<br>) Honorable Judge Elaine E. Bucklo<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Thomas Ignoffo

DATES EMPLOYED: START 9/1/2010 END: 3/5/2018

LOCATION EMPLOYED: Lake Zurich Mariano's

YOUR SIGNATURE: [signature] DATE: 1/18/2020

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) N<u>o.</u> 18-cv-07297<br>)<br>)<br>) Honorable Judge Elaine E. Bucklo<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: ~~[redacted]~~ Janel Larson

DATES EMPLOYED: START 7-1-2014 END: 9-24-2017

LOCATION EMPLOYED: Aurora

[redacted]

YOUR SIGNATURE: [signature]    DATE: 1-17-2020

1

Scanned by CamScanner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JAMES HAUGEN,** on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | )<br>)<br>)<br>) |
| Plaintiff, | ) **No.** 18-cv-07297 |
| v. | )<br>) **Honorable Judge Elaine E. Bucklo** |
| **ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S** | )<br>)<br>) |
| Defendant. | ) |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Uruja Razzak

DATES EMPLOYED: START 08/17/2015  END: 09/22/2018

LOCATION EMPLOYED: Marianos

YOUR SIGNATURE: [DocuSigned]  DATE: 1/27/2020

4