IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 18-cv-07297<br>)<br>)<br>) Honorable Judge Elaine E. Bucklo<br>)<br>)<br>)<br>)<br>) |

### CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Sergio Medina

DATES EMPLOYED: START May 2018    END: July 2018

LOCATION EMPLOYED: Harwood Heights

YOUR SIGNATURE: [signature]    DATE: 2/2/2020

1

Scanned by CamScanner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | N<u>o.</u> 18-cv-07297 |
| v. | ) ) | |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) ) ) ) | Honorable Judge Elaine E. Bucklo |
| Defendant. | ) | |

### CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Juliana Fuhrmann

DATES EMPLOYED: START 09/2017  END: 05/2018

LOCATION EMPLOYED: Wheaton, 625 S. Main St

YOUR SIGNATURE: *Juliana Fuhrmann*  DATE: 01/26/2020

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown,<br><br>    Plaintiff,<br><br>v.<br><br>ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 18-cv-07297<br>)<br>)<br>) Honorable Judge Elaine E. Bucklo<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Meaghan A. Cuautle

DATES EMPLOYED: START 09/2016    END: 11/2016

LOCATION EMPLOYED: Elmhurst

YOUR SIGNATURE: [signature]    DATE: 1/25/2020

1

Scanned by CamScanner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, </br></br> Plaintiff, </br></br> v. </br></br> ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) No. 18-cv-07297 </br> ) </br> ) </br> ) Honorable Judge Elaine E. Bucklo </br> ) </br> ) </br> ) </br> ) |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Ruba Al Ayed

DATES EMPLOYED: START 07/17/2016   END: Present

LOCATION EMPLOYED: Edgewater

YOUR SIGNATURE: [signature]   DATE: 1/24/2020

1

Scanned by CamScanner