IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S<br><br>Defendant. | No. 18-cv-07297<br><br>Honorable Judge Elaine E. Bucklo |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v.Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Alejandro Diaz

DATES EMPLOYED: START 10/2016 END: 08/2017

LOCATION EMPLOYED: Roscoe Village Marianos

YOUR SIGNATURE: [signature] DATE: 02/12/2020

1

Scanned by CamScanner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S, <br><br> Defendant. | No. 18-cv-07297 <br><br> Honorable Judge Elaine E. Bucklo |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Kevin Cunningham

DATES EMPLOYED: START July 2015 END: Aug 2019

LOCATION EMPLOYED: Frankfort IL

YOUR SIGNATURE: /s/ Kevin Cunningham    DATE: 2-15-2020

1

Scanned by CamScanner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S<br><br>Defendant. | )<br>)<br>)<br>)<br>) No. 18-cv-07297<br>)<br>)<br>) Honorable Judge Elaine E. Bucklo<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Eddie Chaparro

DATES EMPLOYED: START 02/2017  END: 07/2019

LOCATION EMPLOYED: Des Plaines 10. East golf Road and Vernon Hills 1720 N. milwaukee

EMAIL ADDRESS: [redacted]

YOUR SIGNATURE: Eddie Chaparro   DATE: 2/12/2020

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 18-cv-07297 |
| v. | ) ) | |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) ) ) | Honorable Judge Elaine E. Bucklo |
| Defendant. | ) ) | |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Dolores Garcia

DATES EMPLOYED: START 09/26/14   END: Present

LOCATION EMPLOYED: Mariano's DesPlaines #541

YOUR SIGNATURE: *[signature]*   DATE: 2/3/20

1

Scanned by CamScanner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) |
| Plaintiff, | ) No. 18-cv-07297 |
| v. | ) ) Honorable Judge Elaine E. Bucklo |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) ) ) |
| Defendant. | ) |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Sevcan Keskinkilic (Sevie Costner)

DATES EMPLOYED: START Jan 1, 2017  END June 2018

LOCATION EMPLOYED: 08532 Mariano's Glenview West

YOUR SIGNATURE: [signature]  DATE: Feb 11th 2020

4

Scanned by CamScanner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S <br><br> Defendant. | ) ) ) ) ) ) No. 18-cv-07297 ) ) ) Honorable Judge Elaine E. Bucklo ) ) ) ) ) |

## CONSENT TO JOIN FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), I hereby consent to being a Party Plaintiff in a case against Roundy's Illinois, LLC (a/k/a Mariano's) to recover back wages arising from violations of federal, state and local wage and hour laws, known as *Haugen et al. v. Roundy's Illinois, LLC.*, Case No. 18-CV-07297, currently pending before the United States District Court for the Northern District of Illinois. I authorize the filing of this Consent and pursuit of claims in my name and on my behalf against Roundy's for its alleged failure to pay wages and overtime as required under federal, state and local law as alleged.

NAME: Kelly Donivan

DATES EMPLOYED: START Sept 2016    END: Feb 2017

LOCATION EMPLOYED: Aurora (for training) Hoffman Estates
Became Store

YOUR SIGNATURE: [signature]    DATE: 2/5/20

1

Scanned by CamScanner