IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN AND CHRISTIAN GOLDSTON, on behalf of themselves, and all other Plaintiffs similarly situated, known and unknown, <br><br>            Plaintiffs, <br><br>            v. <br><br>ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S <br><br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 18-cv-07297 <br><br>**Honorable Judge Elaine E. Bucklo** <br><br>**Magistrate Judge Sheila M. Finnegan** |

**PARTIES' JOINT STATUS REPORT**
**PURSUANT TO THE COURT'S ORDER (Doc. 68)**

1. An update on Phase 2 written discovery.

Plaintiffs served interrogatories and requests for production upon Defendant. Defendant responded to those discovery requests and produced responsive documents on June 25, 2020. Defendant propounded written discovery requests upon several Opt-in Plaintiffs on June 25, 2020.

2. An estimate of the number of remaining depositions each side expects to take.

Plaintiffs served their written discovery on March 10, 2020, and due to the Court's COVID-19 General Orders, Defendant's responses were not due until June 25, 2020. Defendant has timely responded to the discovery. Plaintiffs will attempt to make a hasty review of Defendant's discovery responses and can report to the Court, if the Court wishes, in a supplemental status report the number of depositions they wish to conduct.

Defendant intends to take approximately 5 additional depositions. Defendant reserves the right to take additional depositions if needed in accordance with the Federal Rules of Civil Procedure.

3. Whether Plaintiffs will seek to depose a 30(b)(6) corporate representative and if so, a proposed date for serving a notice of topics.

Again, Plaintiff will be reviewing Defendant's discovery responses and will be able to assess what deposition testimony will be sought. A R. 30(b)(6) corporate representative is likely to be sought.

4.  A proposed deadline for filing any motions to compel written discovery and completing all fact discovery.

November 1, 2020.

5.  Whether the parties have any current discovery disputes that require the Court's attention.

Again, Plaintiff will be reviewing Defendant's discovery responses and in the immediate future will be able to assess the propriety of Defendant's answers

6.  Whether the parties require a telephone status hearing and if so, for what purpose.

The parties do not require a telephone status hearing at this time.

7.  Any other issues the parties want to raise with the Court.

None at this time.

|  |  |
|---|---|
|  | Respectfully submitted,<br>*Electronically Filed 6/25/2020* |
|  | /s/ David K. Montgomery |
| /s/ John W. Billhorn | David K. Montgomery (*Pro Hac Vice*) |
| John W. Billhorn | Mark B. Gerano (*Pro Hac Vice*) |
| Samuel Engelson | JACKSON LEWIS P.C. |
| BILLHORN LAW FIRM | PNC Center, 26th Floor |
| 53 West Jackson Blvd., Suite 401 | 201 E. Fifth Street |
| Chicago, IL 60604 | Cincinnati, OH 45202 |
| Telephone: (312) 853-1450 | Telephone: (513) 898-0050 |
| Email: jbillhorn@billhornlaw.com | Facsimile: (513) 898-0051 |
| Email: sengelson@billhornlaw.com | Email: david.montgomery@jacksonlewis.com |
|  | Email: mark.gerano@jacksonlewis.com |
| *Counsel for Plaintiffs* |  |
|  | Christopher S. Griesmeyer (ARDC #6269851) |
|  | GREIMAN, ROME & GRIESMEYER, LLC |
|  | 2 North LaSalle Street, Suite 1601 |
|  | Chicago, IL 60602 |
|  | Telephone: (312) 428-2750 |
|  | Email: cgriesmeyer@grglegal.com |
|  | *Counsel for Defendant* |

4817-1471-2001, v. 1