# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

James Haugen, et al.

                            Plaintiff,

v.                                                  Case No.: 1:18−cv−07297

                                                         Honorable Elaine E. Bucklo

Roundy's Illinois, LLC d/b/a Mariano's

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 26, 2020:

      MINUTE entry before the Honorable Sheila M. Finnegan: The Court has reviewed the 6/25/2020 joint status report (JSR). By agreement, the deadline to complete fact discovery is 11/1/2020. The parties are to file another JSR by 8/25/2020 with an update on each issue discussed in the 6/25/2020 JSR.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.