IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JAMES HAUGEN AND CHRISTIAN GOLDSTON,** on behalf of themselves, and all other Plaintiffs similarly situated, known and unknown, <br><br>　　　　　　　Plaintiffs, <br><br>　　　v. <br><br>**ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S** <br><br>　　　　　　　Defendant. | **Nº.** 18-cv-07297 <br><br> **Honorable Judge Elaine E. Bucklo** |

## PARTIES' JOINT STATUS REPORT

**1.** The attorneys of record for each party including the attorney(s) expected to try the case;

Attorneys for Plaintiffs
John W. Billhorn (lead)
Samuel D. Engelson
Billhorn Law Firm

Attorneys for Defendant
David K. Montgomery (lead)
Mark B. Gerano
Chris Griesmeyer
Adam Maxwell

**A.　Discovery**

　　The Parties conducted Phase I written discovery prior to conditional certification. Additionally, the Parties conducted Phase I depositions of the two named Plaintiffs.

　　On March 10, 2020, following the closure of the opt-in period, Plaintiffs issued to Defendant Interrogatories and Requests for Production of documents relative to the opt-in Plaintiffs. Defendant responded to Plaintiffs' discovery and provided responsive documents on June 25, 2020.

　　On June 25, 2020, Defendant issued written discovery requests to four (4) of the opt-in Plaintiffs. Plaintiffs responded to Defendant's requests and produced responsive documents on August 17, 2020.

On July 27, 2020, Plaintiffs issued to Defendant additional, limited Interrogatories and Requests to Produce. Defendant responded to Plaintiffs' discovery and provided responsive documents on August 31, 2020.

On August 25, 2020, the Parties engaged in a phone conference to discuss potential, additional discovery. Shortly thereafter, the Parties filed a status report with the District Judge.

The Parties have engaged in some discussion towards depositions relevant to Phase II discovery.

**B.** **Briefing of Unresolved Matters**

None at this time.

**C.** **Settlement Discussions**

The Parties have not engaged in any settlement discussions. Plaintiffs believe settlement dialogue would be prudent. Plaintiffs' counsel has undertaken the task of constructing damage calculations and will be prepared to make a settlement proposal within the next 30 days. Plaintiffs propose that a settlement conference with the magistrate Judge might be helpful to further settlement discussions.

**D.** **Agreed Proposed Schedule for the Next 45 Days.**

The Parties anticipate completing Phase II discovery by the November 1, 2020 deadline.

**E.** **Agreed Proposed Revised Discovery and Dispositive Motion Schedule in Cases Where the Current Schedule Needs Revision.**

N/A

**F.** **Requested Court Action**

None at this time.

**G.** **Telephonic Status Hearing**

The Parties will participate in a telephonic status hearing should the Court deem it necessary.

/s/ John W. Billhorn  /s/ David K Montgomery
John W. Billhorn  David K. Montgomery

Attorney for Plaintiffs  Attorney for Defendants
Billhorn Law Firm  Jackson Lewis P.C.

| | |
|---|---|
| 53 W. Jackson St., Suite 401<br>Chicago, IL 60604 | 201 E. Fifth Street, 26th Floor<br>Cincinnati, Ohio 45202 |