IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JAMES HAUGEN AND CHRISTIAN GOLDSTON,** on behalf of themselves, and all other Plaintiffs similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>**ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S**<br><br>Defendant. | **N<u>o.</u>** 18-cv-07297<br><br>**Honorable Judge Elaine E. Bucklo** Presiding<br><br>Magistrate Judge Sheila M. Finnegan |

## PARTIES' JOINT STATUS REPORT

NOW COME, the Parties, by and through their respective counsel of record, and for their Joint Status Report, state as follows:

The parties have completed discovery. On March 4, 2021, the Parties participated in a settlement conference with Magistrate Judge Finnegan. The settlement conference was unsuccessful as the Parties were unable to reach agreement on settlement. The referral to Magistrate Judge Finnegan was terminated. Dkt. 106.

On January 20, 2021, this Court provided Defendant a deadline of March 11, 2021 to move to decertify the FLSA collective action. Dkt. 101. Defendant will file its motion to decertify on March 11, 2021.

2

Plaintiffs request 45 days, to and including April 26, 2021, to file their response in opposition to Defendant's motion to decertify. Defendant requests 30 days, to and including May 26, 2021, to file a reply brief in support of its motion to decertify.

Dated: March 11, 2021

/s/ John W. Billhorn
John W. Billhorn

Attorney for Plaintiffs
Billhorn Law Firm
53 W. Jackson St., Suite 401
Chicago, IL 60604
4844-8611-1456, v. 1

/s/ David K Montgomery
David K. Montgomery

Attorney for Defendant
Jackson Lewis P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, Ohio 45202