# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAUGEN AND CHRISTIAN GOLDSTON, on behalf of themselves, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S <br><br> Defendant. | N<sup>o.</sup> 18 cv 7297 <br><br> **Honorable Judge Elaine E. Bucklo** <br><br> Magistrate Judge Finnegan <br><br> *JURY DEMAND* |

## NOTICE OF FILING

TO: David K. Montgomery, et al
  Counsel of Record for Defendants

    PLEASE TAKE NOTICE that on March 11, 2021, I shall cause to be filed with the Clerk of the United States District Court located at the Everett Dirksen Building, 219 South Dearborn, Chicago, Illinois, **Parties' Joint Status Report,** for which a copy is hereby served to you.

    Respectfully submitted,

*Electronically Filed 03/11/2021*

s/ John W. Billhorn
----------------------------------------
John W. Billhorn

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 401
Chicago, Illinois 60604
(312) 853-1450

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 11, 2021, he caused to be served upon the parties of record above, the aforementioned document by electronic service through the Court's electronic filing system (ECF), or as otherwise directed.

*Electronically Served 03/11/2021*

s/ John W. Billhorn
----------------------------------------
John W. Billhorn