UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

James Haugen, et al.
                        Plaintiff,

v.                                                       Case No.: 1:18−cv−07297
                                                        Honorable Elaine E. Bucklo

Roundy's Illinois, LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 13, 2021:

      MINUTE entry before the Honorable Elaine E. Bucklo: The motion for clarification [128] is granted to make clear that the August 5, 2021 order dismissed the opt−in plaintiffs without prejudice. The motion to toll the statute of limitations for dismissed opt−in plaintiffs is granted. Dismissed opt−in plaintiffs may re−file their claims dismissed by this court on an individual basis on or before October 4, 2021 (60 days following the court's August 5, 2021 order). See, e.g., Scott v. Chipotle Mexican Grill, Inc., No. 12−CV−8333 (ALC)(SN), 2017 WL 1434498, at *1 (S.D.N.Y. Apr. 19, 2017) ("In order to avoid prejudice to opt−in plaintiffs, Courts may invoke equity powers to toll the statute of limitations in FLSA collective actions after they have been decertified."). Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.