# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAUGEN AND CHRISTIAN GOLDSTON | ) ) ) | Nᵒ. 18-cv-07297 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **Hon. Elaine E. Bucklo** **U.S. District Court Judge, Presiding** |
| ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S | ) ) ) | Hon. Sheila M. Finnegan U.S. Magistrate Judge |
| Defendant. | ) ) ) ) | |

## PARTIES' JOINT STATUS REPORT

NOW COME, the Parties, by and through their respective counsel of record, and for their Joint Status Report, state as follows:

1.      On March 11, 2021, Defendant moved to decertify the FLSA collective action conditionally certified by this Court. Dkt. 109.

2.      The Court granted Defendant's Motion to Decertify and decertified the collective action class of People Service Managers ("PSM"). Dkt. 124-125.

3.      On October 13, 2021, the Parties provided a status report to this Court.  See Dkt. No. 132.

4.      On October 20, 2021, this Court referred this matter to the calendar of Magistrate Judge Shelia Finnegan for purposes of conducting a settlement conference.  See Dkt. No. 134.

5.      On November 4, 2021, after consultation with the Parties, the settlement conference was scheduled for February 3, 2022.  See Dkt. No. 138

6.     On November 30, 2021, as a supplement to a settlement proposal Plaintiffs made in September of 2021, Plaintiffs, through their counsel, submitted another settlement proposal to Defendant pertaining specifically to the two (2) remaining Plaintiffs here, Haugen and Goldston. Defendant has not yet responded to that settlement proposal.

7.     Defendant is reviewing Plaintiffs' settlement proposal and will provide a response on or before January 27, 2021 in accordance with the Court's November 3, 2021 Minute Entry (Dkt. No. 137) and Magistrate Judge Finnegan's Standing Order for Settlement Conferences.

Respectfully Submitted,

Dated: January 6, 2022

/s/ John W. Billhorn
John W. Billhorn

Attorney for Plaintiffs
Billhorn Law Firm
53 W. Jackson St., Suite 401
Chicago, IL 60604

/s/ David K Montgomery
David K. Montgomery

Attorney for Defendant
Jackson Lewis P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, Ohio 4520