Exhibit A

1

```
 1                 IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3
    JAMES HAUGEN and CHRISTIAN         ) No. 18 C 7297
 4  GOLDSTON, on behalf of themselves  )
    and all other Plaintiffs similarly )
 5  situated, known and unknown,       )
                                       ) Chicago, Illinois
 6                       Plaintiffs,   )
                                       )
 7              vs.                    )
                                       )
 8  ROUNDY'S ILLINOIS, LLC d/b/a       )
    MARIANO'S,                         )
 9                                     ) February 3, 2022
                         Defendant.    ) 5:30 p.m.
10

11                       TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HON. SHEILA M. FINNEGAN, MAGISTRATE JUDGE
12
    APPEARANCES:
13

14  For the Plaintiffs:   MR. JOHN W. BILLHORN
                          MR. SAMUEL D. ENGELSON
15                        The Billhorn Law Firm,
                          53 West Jackson Boulevard, Suite 401,
16                        Chicago, Illinois  60604

17  For the Defendant:    MR. DAVID K. MONTGOMERY
                          MS. JAMIE M. GOETZ-ANDERSON
18                        Jackson Lewis P.C.,
                          201 East 5th Street, 26th Floor,
19                        Cincinnati, Ohio  45202

20

21

22

23                       PATRICK J. MULLEN
                         Official Court Reporter
24                    United States District Court
                  219 South Dearborn Street, Room 1412
25                      Chicago, Illinois  60604
                            (312) 435-5565
```

1 (Proceedings via video teleconference on the record.)
2 THE COURT: All right. This is Judge Finnegan. This
3 is case James Haugen and Christian Goldston v. Roundy's
4 Illinois, LLC, 18 C 7297. The parties have just reached a
5 settlement. We're going to put the terms on the record and
6 have everyone indicate their agreement.
7 Can I have plaintiffs' counsel say your names?
8 MR. BILLHORN: Yes, Your Honor. John Billhorn and
9 Samuel Engelson on behalf of the plaintiffs.
10 THE COURT: Okay. How about the defendants, please
11 say your name -- defendant?
12 MR. MONTGOMERY: This is David Montgomery and Jamie
13 Goetz-Anderson.
14 THE COURT: Thank you.
15 All right. We'll have the plaintiffs and the client
16 representative for Roundy's say their names in a minute.
17 Can I ask one of the defense attorney to summarize the
18 settlement terms? Then I'll ask opposing counsel to clarify or
19 add to that, if necessary, so we can get a full summary on the
20 record here.
21 MR. MONTGOMERY: Absolutely. So this is David
22 Montgomery. The total amount is $46,000. It's divided as
23 follows: $13,000 to plaintiff Haugen, 13,000 to plaintiff
24 Goldston, and $20,000 for attorney's fees. As far as the
25 plaintiffs' portions of the settlement, those will be

1  apportioned two-thirds to 1099 treatment and one-third to W-2
2  treatment with withholdings.  As far as the 1099 portion, the
3  plaintiffs agree to indemnify the defendant if there's any
4  taxes or penalties imposed on the defendant as a result of
5  their failure to pay taxes.
6       We will stipulate to Magistrate Judge Finnegan for
7  settlement approval.  There will be a -- plaintiffs will
8  execute a general release of all claims against the defendant.
9  There will be confidentiality as part of that agreement.  There
10 will be an agreement that the plaintiffs will not disparage the
11 defendant, and in exchange for that the defendant will agree to
12 provide neutral references through the defendant's work number
13 and not provide any additional or any disparaging information
14 about the plaintiffs in response to those inquiries.
15      There will be a no-rehire clause, meaning that it's
16 agreed that defendants and its affiliates will not be obligated
17 to rehire the plaintiffs, and there will be a non-admission of
18 liability.
19      THE COURT:  All right.  Let me ask plaintiffs'
20 counsel.  Anything you want to add to that or clarify or
21 modify?
22      MR. BILLHORN:  Judge, primarily, I don't know if
23 Mr. Montgomery misspoke or whether I was not clear on
24 transmission of the mutual general release between the parties.
25 I heard Mr. Montgomery to say plaintiffs' general release.

1  MR. MONTGOMERY: Well, the only point on that is I
2  think we're fine to say that we release them for any known
3  claims and that we don't know of any.
4  MR. BILLHORN: Yes, that would be fine.
5  MR. MONTGOMERY: Okay.
6  THE COURT: All right. So with that, let me ask first
7  the representative for the defendants to say your name.
8  MS. PALERMO: Rachel Palermo.
9  THE COURT: All right. And what's your position with
10  the defendant?
11  MS. PALERMO: Corporate counsel.
12  THE COURT: Do you have authority to settle on behalf
13  of the defendant today?
14  MS. PALERMO: Yes.
15  THE COURT: Did you hear the summary of the settlement
16  terms?
17  MS. PALERMO: Yes.
18  THE COURT: Was that an accurate summary of what
19  you've agreed to on behalf of the defendant?
20  MS. PALERMO: Yes.
21  THE COURT: Do you understand that these are going to
22  be binding settlement terms today so that you can't change your
23  mind and renegotiate even though you haven't signed the
24  settlement documents yet because the draft will be sent to you?
25  MS. PALERMO: Yes.

1  THE COURT: And do you still wish to go forward with
2 the settlement?
3  MS. PALERMO: Yes.
4  THE COURT: All right. Thank you.
5  Can I have plaintiff James Haugen please say your
6 name? You are still on mute.
7  MR. BILLHORN: You're on mute, Jim.
8  PLAINTIFF HAUGEN: James Haugen.
9  THE COURT: All right, Mr. Haugen. Did you hear the
10 summary of the settlement terms?
11  PLAINTIFF HAUGEN: I did.
12  THE COURT: Was that an accurate summary of what
13 you've agreed to settle your claims?
14  PLAINTIFF HAUGEN: Yes.
15  THE COURT: Did you have a chance to discuss these
16 settlement terms with counsel?
17  PLAINTIFF HAUGEN: Yes.
18  THE COURT: Do you understand that even though you
19 haven't signed the settlement documents yet that will be sent
20 to you, these terms will be binding tonight if we go forward?
21 Do you understand that?
22  PLAINTIFF HAUGEN: I do.
23  THE COURT: So you understand that you cannot
24 renegotiate tomorrow or as soon as we stop the recording. It
25 will be final. Do you understand?

1       PLAINTIFF HAUGEN:  I do.
2       THE COURT:  Do you wish to go forward with the
3  settlement?
4       PLAINTIFF HAUGEN:  I do.
5       THE COURT:  All right.  And can I have plaintiff
6  Christian Goldston say your name?
7       PLAINTIFF GOLDSTON:  Christian Goldston.
8       THE COURT:  Mr. Goldston, did you hear the summary of
9  all the settlement terms?
10      PLAINTIFF GOLDSTON:  Yes.
11      THE COURT:  Is that an accurate summary of what you've
12 agreed to settle your claims?
13      PLAINTIFF GOLDSTON:  Yes.
14      THE COURT:  And did you have a chance to discuss those
15 settlement terms with counsel?
16      PLAINTIFF GOLDSTON:  Yes.
17      THE COURT:  Do you understand that once we finish this
18 recording this will be a binding settlement and you will not be
19 able to renegotiate tomorrow or even this evening even though
20 you haven't signed the settlement papers yet?  Do you
21 understand that?
22      PLAINTIFF GOLDSTON:  Yes.
23      THE COURT:  Do you wish to go forward with the
24 settlement right now?
25      PLAINTIFF GOLDSTON:  Yes.

1  THE COURT: All right. I will stop this recording.
2  (Proceedings concluded.)
3  C E R T I F I C A T E
4  I, Patrick J. Mullen, do hereby certify the foregoing
5  is an accurate transcript produced from an video recording of
6  the proceedings had in the above-entitled case before the
7  Honorable SHEILA M. FINNEGAN, one of the magistrate judges of
8  said court, at Chicago, Illinois, on February 3, 2022.
9
10  */s/ Patrick J. Mullen*
    Official Court Reporter
11  United States District Court
    Northern District of Illinois
12  Eastern Division
13
14
15
16
17
18
19
20
21
22
23
24
25