## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

James Haugen, et al.

                      Plaintiff,

v.                                              Case No.: 1:18–cv–07297
                                                        Honorable Sheila M. Finnegan

Roundy's Illinois, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 14, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Defendant's unopposed motion for settlement approval [148] is granted. The Court approves the settlement reached between Defendant and Plaintiffs, the terms of which were recited at the conclusion of the settlement conference conducted by this Court on 2/3/2022 and later memorialized in a written settlement agreement. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.