IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JAMES HAUGEN AND CHRISTIAN GOLDSTON**<br><br>Plaintiffs,<br><br>v.<br><br>**ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S**<br><br>Defendant. | No. 18-cv-07297<br><br>**Hon. Elaine E. Bucklo**<br>**U.S. District Court Judge, Presiding**<br><br>Hon. Sheila M. Finnegan<br>U.S. Magistrate Judge |

## STIPULATION OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)

Pursuant to the Parties' agreement to settle this case and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of this case with prejudice immediately.

*Electronically Filed 03/24/22*

/s/ Samuel D. Engelson
Samuel D. Engelson
Attorney for Plaintiffs

Billhorn Law Firm

53 W. Jackson St., Suite 401
Chicago, IL 60604